01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-082-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| LAVELLE ANTELL DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:        Conspiracy to Distribute cocaine and Crack Cocaine

Date of Detention Hearing:    March 25, 2008

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.        Defendant has been charged with a drug offense the maximum penalty of which

is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                     Rev. 1/91
PAGE 1

01  dangerousness and flight risk, under 18 U.S.C. §3142(e).

02      2.      With a prior VUCSA charge as part of his criminal record, if alleged, defendant

03  faces a potential mandatory minimum charge of 20 years to life. The defendant provided evasive

04  answers during his interview with Pretrial Services, including declining to indicate whether he was

05  employed.  The AUSA proffers  that his residence was the locale of the alleged drug trafficking

06  upon which the indictment is based, and that defendant's children were present during some of this

07  trafficking.  The AUSA alleges that defendant is known to his prior Department of Corrections

08  supervising officer as an active  gang member.  Marijuana plants and a firearm were allegedly

09  recovered during a search of his residence.

10      3.      Taken as a whole, the record does not effectively rebut the presumption that no

11  condition or combination of conditions will reasonably assure the appearance of the defendant as

12  required and the safety of the community.

13  It is therefore ORDERED:

14      (1)     Defendant shall be detained pending trial and committed to the custody of the

15              Attorney General for confinement in a correction facility separate, to the extent

16              practicable, from persons awaiting or serving sentences or being held in custody

17              pending appeal;

18      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

19              counsel;

20      (3)     On order of a court of the United States or on request of an attorney for the

21              Government, the person in charge of the corrections facility in which defendant is

22              confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2

01    an appearance in connection with a court proceeding; and

02    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

03            counsel for the defendant, to the United States Marshal, and to the United States

04            Pretrial Services Officer.

05    DATED this 26th day of March, 2008.

06

07                                    _____
                                      Mary Alice Theiler
08                                    United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3